UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

MENASHA CORPORATION, and
NEENAH-MENASHA SEWERAGE
COMMISSION,

       Plaintiffs,                                  Case No. 11-C-682

      v.

UNITED STATES DEPARTMENT OF JUSTICE,

       Defendant.

---

**ORDER**

---

This matter comes before the Court upon the parties' stipulation to stay the operation of this Court's Order dated January 26, 2012, pending defendant's appeal from this Order. For the reasons set forth in the stipulation, and pursuant to Fed. R. Civ. P. 62 (c) and (e), the Court HEREBY STAYS the Court's Order dated January 26, 2012, ECF No. [23], during the pendency of the appeal in this case, or until further Order of this Court.

      **SO ORDERED** this   3rd   day of April, 2012.

                                            s/ William C. Griesbach
                                            HON. WILLIAM C. GRIESBACH
                                            United States District Judge